

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| | § | No. 08-23-00201-CR |
| EX PARTE: | § | Appeal from the |
| JUAN CORTES-FERNANDEZ, | § | County Court |
| Appellant. | § | of Kinney County, Texas |
| | § | (TC# 11946CR) |

## **J U D G M E N T**

The Court, considering this cause as a petition for a writ of mandamus, remands to the trial court for it to consider Juan Cortes-Fernandez's application for a pretrial writ of habeas corpus on the merits in light of the Fourth Court of Appeals' holding in *Aparicio* and its progeny, and determine whether—at the time Cortes-Fernandez was arrested and charged with criminal trespass—the State was applying the criminal trespass statute under Operation Lone Star in an unconstitutional manner by selectively prosecuting males only, without justification.

We deny the petition for writ of mandamus without prejudice to Cortes-Fernandez's ability to seek relief, if necessary, after the trial court has had an opportunity to reconsider its ruling.

IT IS SO ORDERED THIS 30TH DAY OF NOVEMBER 2023.

LISA J. SOTO, Justice

Before Palafox, and Soto, JJ., and Marion, C.J. (Ret.)
Marion, C.J., (Ret.) sitting by assignment